ORIGINAL

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia-Norfolk

| | | |
|---|---|---|
| MICHAEL DILDAY | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 2:12CV56 |
| EQUIFAX INFORMATION SERVICES, LLC, et al. | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  WELLS FARGO BANK, NATIONAL ASSOCIATION,
t/a Wells Fargo Dealer Services, Inc.,f/k/a Wachovia Dealer Services
SERVE: Corporation Service Company, Registered Agent
Bank of America Center, 16th Floor
1111 E Main Street
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:  Leonard A. Bennett, Robin A. Abbott, Gary L. Abbott, Susan M. Rotkis,
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

CLERK OF COURT

Date: JAN 30 2012

_Signature of Clerk or Deputy Clerk_

NORFOLK, VIRGINIA
U.S. DISTRICT COURT

2012 FEB -7 P 3: 12

RECEIVED

9

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◻ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# CERTIFICATE
## OF
## CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1.  It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2.  (a)  It maintains a business office in the Commonwealth of Virginia at Bank of America Center, 16th Floor, 1111 East Main Street, Richmond, VA 23219

    (b)  Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

    (c)  The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

| | | |
|---|---|---|
| Beverley L. Crump | Réne Nordquist | Meda Sterrett |
| Nicole T. McCallum | Pamela Frazier | Linda B. Liles |
| Amy Tarker | Kari Childress | John Isom |
| Dustin Kline | | |

**WHEREFORE,** Corporation Service Company has caused its corporate name to be hereunto subscribed this 29 day of April 2011.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 29th day of April 2011, by George A. Massih III.

_____
Notary Public

My Commission Expires: 1-31-13

2/28

311560-9

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA                                      SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT**          STATE/COMMONWEALTH OF:          311560 - 9
**OF VA - NORFOLK DIVISION**                                              VA

| | |
|---|---|
| MICHAEL DILDAY | CASE NO: |
| In re / v. | **2:12CV56** |
| EQUIFAX INFORMATION SERVICES, LLC, ET AL | |

**CORPORATION SERVICE CO., REG AGENT WELLS FARGO BANK, NATIONAL ASSOCIATION**

**T/A WELLS FARGO DEALER SERVICES, INC., F/K/A WACHOVIA DELAER SERVICES**

1111 E MAIN ST 16TH FL BANK OF AMERICA CENTER, RICHMOND, VA  23219

is the name and address of the person upon whom service of the following is to be made.

**Document(s)**     SUMMONS IN A CIVIL ACTION
**Served:**              COMPLAINT

                     NOTICE

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:          **2/2/2012**      @      **1:17 PM**

METHOD OF SERVICE:

_Being unable to make personal service, a copy was delivered in the following manner:_

**_Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport_** _Service accepted by:_
**_RENE NORDQUIST, ADMIN ASST_**

Dated:  2/3/2012           Signature
Name:  LARAINE NICOLE JOHNSON

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by
LARAINE NICOLE JOHNSON
who is personally known to me.
Date:  2/3/2012
My commission expire   10/31/2015          Signature of Notary Public:     CRYSTAL M. C. KLEIBER, REG. #329597

| |
|---|
| CRYSTAL M. C. KLEIBER, REG. #329597 |
| Notary Public |
| Commonwealth of Virginia |
| My Commission Expires:   10/31/2015 |

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia-Norfolk

| | |
|---|---|
| MICHAEL DILDAY | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:12CV56 |
| EQUIFAX INFORMATION SERVICES, LLC, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BANK OF AMERICA, NATIONAL ASSOCIATION,

SERVE: CT Corporation System, Registered Agent
4701 Cox Road, Suite 301
Glen Allen, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Leonard A. Bennett, Robin A. Abbott, Gary L. Abbott, Susan M. Rotkis,
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: JAN 3 0 2012 _____

_____
*Signature of Clerk or Deputy Clerk*

p

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## Service Authorization

CT Corporation System is registered agent for various corporations, limited liability companies and partnerships. The following persons are designated in the office of the corporation upon whom any process, notice or demand may be served as representatives of the Corporation.

Tinika C. Baylor

Katie E. Bush

Teresa Brown

Adam Carr

Dacia Jamison

Jabrel Samuel

Tyler Puryear

This authorization pertains to the authority of individuals to receive process on behalf of CT Corporation System and Business Filings Incorporated. It does not certify the receipt or acceptance of any specific process.

Tinika C. Baylor
Corporate Operations Manager
CT Corporation System
A Wolters Kluwer Company

State of Virginia
County of Henrico

This day personally appeared before me, Tinika C. Baylor, whose name is signed above and who, being first duly sworn, upon her oath, states that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this ___9___ day of _Dec._, 2011

#286804

Notary Public
Teresa Brown

31560-10 7/28

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

| | |
|---|---|
| UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA - NORFOLK DIVISION | STATE/COMMONWEALTH OF: VA     311560 - 10 |

| | | |
|---|---|---|
| MICHAEL DILDAY | } } } | **CASE NO:** |
| In re / v. | } } | # 2:12CV56 |
| EQUIFAX INFORMATION SERVICES, LLC, ET AL | } } } | |

### PERSON FOUND IN CHARGE BANK OF AMERICAN, NATIONAL ASSOCIATION

### CT CORPORATION SYSTEM, REG AGENT

#### 4701 COX RD STE 301, GLEN ALLEN, VA 23060

is the name and address of the person upon whom service of the following is to be made.

| | |
|---|---|
| Document(s) Served: | SUMMONS IN A CIVIL ACTION<br>COMPLAINT |
| | NOTICE |

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:    **2/2/2012**   @   **3:00 PM**

METHOD OF SERVICE:

*Being unable to make personal service, a copy was delivered in the following manner:*

**Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport** *Service accepted by:*

**TYLER PURYEAR, ADMIN ASST**

Dated: 2/3/2012     Signature

Name: LARAINE NICOLE JOHNSON

COMMONWEALTH OF VIRGINIA

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by

LARAINE NICOLE JOHNSON

who is personally known to me.

Date: 2/3/2012

My commission expire   10/31/2015     Signature of Notary Public:     CRYSTAL M. C. KLEIBER, REG. #329597

| |
|---|
| CRYSTAL M. C. KLEIBER, REG. #329597<br>Notary Public<br>Commonwealth of Virginia<br>My Commission Expires: 10/31/2015 |

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

GARY ABBOTT

311560 - 10

ORIGINAL

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia-Norfolk

| | |
|---|---|
| MICHAEL DILDAY | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:12CV56 |
| EQUIFAX INFORMATION SERVICES, LLC, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   NEWPORT NEWS SHIPBUILDING EMPLOYEES' CREDIT
UNION, INC., t/a BAYPORT CREDIT UNION
SERVE: George R. Dudley, JR., Registered Agent
3711 Huntington Avenue
Newport News, VA 23607

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leonard A. Bennett, Robin A. Abbott, Gary L. Abbott, Susan M. Rotkis,
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   JAN 30 2012   _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

    ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ☐ I returned the summons unexecuted because _____ ; or

    ☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

                    _____
                                    *Server's signature*

                    _____
                                 *Printed name and title*

                    _____
                                 *Server's address*

Additional information regarding attempted service, etc:

# Newport News Shipbuilding
## Employees' Credit Union

April 6, 2006

In my absence Wendy Brown is authorized to receive any legal papers as a
Representative of Newport News Shipbuilding Employees' Credit Union, Inc.

George R. Dudley, Jr.
President/CEO

2/78

311 560-1

NCUA

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA - NORFOLK DIVISION

STATE/COMMONWEALTH OF:
VA

311560 - 1

MICHAEL DILDAY

In re / v.

EQUIFAX INFORMATION SERVICES, LLC, ET AL

CASE NO:

## 2:12CV56

---

### GEORGE R DUDLEY, JR., REG AGENT

### NEWPORT NEWS SHIPBUILDING EMPLOYEES' CREDIT UNION, INC., T/A BAYPORT CREDIT UNION

#### 3711 HUNTINGTON AVE, NEWPORT NEWS, VA 23607

is the name and address of the person upon whom service of the following is to be made.

**Document(s) Served:** SUMMONS IN A CIVIL ACTION
COMPLAINT

**NOTICE**

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service: **2/3/2012** @ **3:28 PM**
Place of service if DIFFERENT than above: **11820 FOUNTAIN WAY NEWPORT NEWS, VA**

METHOD OF SERVICE:

*Being unable to make personal service, a copy was delivered in the following manner:*

*Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport Service accepted by:*

**WENDY BROWN, ADMIN ASST**

Dated: 2/6/2012    Signature

Name: LARAINE NICOLE JOHNSON

COMMONWEALTH OF VIRGINIA

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by

LARAINE NICOLE JOHNSON

who is personally known to me.

Date: 2/6/2012

My commission expire 10/31/2015

Signature of Notary Public: CRYSTAL M. C. KLEIBER, REG. #329597

> CRYSTAL M. C. KLEIBER, REG. #329597
> Notary Public
> Commonwealth of Virginia
> My Commission Expires: 10/31/2015

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

GARY ABBOTT

311560 - 1

ORIGINAL

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia-Norfolk

MICHAEL DILDAY )
_____ )
*Plaintiff* )
v. ) Civil Action No. 2:12CV56
EQUIFAX INFORMATION SERVICES, LLC, et al. )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KLINE CHEVROLET SALES CORPORATION, t/a PRIORITY CHEVROLET,

   SERVE: William R. Van Buren III, Registered Agent
   Kaufman & Canoles PC
   150 W. Main Street, Suite 2100
   Norfolk, VA 23510-1609

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leonard A. Bennett, Robin A. Abbott, Gary L. Abbott, Susan M. Rotkis,
   CONSUMER LITIGATION ASSOCIATES, P.C.
   763 J. Clyde Morris Blvd., Suite 1-A
   Newport News, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  **JAN** 3 0 2012   _____

_____
*Signature of Clerk or Deputy Clerk*

NORFOLK, VIRGINIA
U.S. DISTRICT COURT

2012 FEB 10 P 2: 33

RECEIVED

311560-5

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA                                    SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT**          STATE/COMMONWEALTH OF:        311560 - 5
**OF VA - NORFOLK DIVISION**                                                    VA

| | |
|---|---|
| MICHAEL DILDAY | CASE NO: |
| In re / v. | **2:12CV56** |
| EQUIFAX INFORMATION SERVICES, LLC, ET AL | |

### WILLIAM R VAN BUREN, III, REG AGENT

### KLINE CHEVROLET SALES CORPORATION T/A PRIORITY CHEVROLET, KAUFMAN & CANOLES PC
#### 150 W MAIN ST STE 2100, NORFOLK, VA 23510

is the name and address of the person upon whom service of the following is to be made.

| Document(s) Served: | SUMMONS IN A CIVIL ACTION |
|---|---|
| | COMPLAINT |
| | NOTICE |

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:        **2/7/2012**    @    **10:30 AM**

METHOD OF SERVICE:

*PERSONAL SERVICE*

**Prior Attempts:**
2/2 11:00A-, LEFT NOTICE OF ATTEMPTED DELIVERY, NO ANSWER- 2/6 11:21A-, NOT AVAILABLE-

Dated: 2/8/2012                          Signature

Name: JOHNNIE T. DAY

COMMONWEALTH OF VIRGINIA

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by

JOHNNIE T. DAY

who is personally known to me.

Date: 2/8/2012

My commission expire   10/31/2015            Signature of Notary Public:      CRYSTAL M. C. KLEIBER, REG. #329597

| |
|---|
| CRYSTAL M. C. KLEIBER, REG. #329597 |
| Notary Public |
| Commonwealth of Virginia |
| My Commission Expires: 10/31/2015 |

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

GARY ABBOTT                                                                                    311560 - 5

**ORIGINAL**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia-Norfolk

| | |
|---|---|
| MICHAEL DILDAY | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:12CV56 |
| EQUIFAX INFORMATION SERVICES, LLC, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITIFINANCIAL AUTO CORPORATION,

SERVE: CT Corporation System, Registered Agent
4701 Cox Road, Suite 301
Glen Allen, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Leonard A. Bennett, Robin A. Abbott, Gary L. Abbott, Susan M. Rotkis, CONSUMER LITIGATION ASSOCIATES, P.C. 763 J. Clyde Morris Blvd., Suite 1-A Newport News, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: JAN 3 0 2012

*Signature of Clerk or Deputy Clerk*

11

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## Service Authorization

CT Corporation System is registered agent for various corporations, limited liability companies and partnerships. The following persons are designated in the office of the corporation upon whom any process, notice or demand may be served as representatives of the Corporation.

Tinika C. Baylor

Katie E. Bush

Teresa Brown

Adam Carr

Dacia Jamison

Jabrel Samuel

Tyler Puryear

This authorization pertains to the authority of individuals to receive process on behalf of CT Corporation System and Business Filings Incorporated. It does not certify the receipt or acceptance of any specific process.

Tinika C. Baylor
Corporate Operations Manager
CT Corporation System
A Wolters Kluwer Company

State of Virginia
County of Henrico

This day personally appeared before me, Tinika C. Baylor, whose name is signed above and who, being first duly sworn, upon her oath, states that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this ___9___ day of _Dec._, ~~2010~~ 2011

#286304

Notary Public
Teresa Brown

2/28

311560.11

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA                                      SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT**          STATE/COMMONWEALTH OF:        311560 - 11
**OF VA - NORFOLK DIVISION**                                VA

MICHAEL DILDAY                                    }          CASE NO:
                                                  }
                                                  }
In re / v.                                        }          **2:12CV56**
                                                  }
EQUIFAX INFORMATION SERVICES, LLC, ET AL          }

---

### PERSON FOUND IN CHARGE CITIFINANCIAL AUTO CORPORATION
#### CT CORPORATION SYSTEM, REG AGENT
##### 4701 COX RD STE 301, GLEN ALLEN, VA 23060

is the name and address of the person upon whom service of the following is to be made.

Document(s)          SUMMONS IN A CIVIL ACTION
Served:              COMPLAINT

          NOTICE

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:          **2/2/2012**   @   **3:00 PM**

METHOD OF SERVICE:

*Being unable to make personal service, a copy was delivered in the following manner:*

**Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport Service accepted by:**
**TYLER PURYEAR, ADMIN ASST**

                                   Dated: 2/3/2012              Signature
COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON                   Name:  LARAINE NICOLE  JOHNSON

Subscribed and sworn to/affirmed before me this day by

LARAINE NICOLE  JOHNSON

who is personally known to me.

Date:  2/3/2012

My commission expire   10/31/2015          Signature of Notary Public:     CRYSTAL M. C. KLEIBER, REG. #329597

CRYSTAL M. C. KLEIBER, REG. #329597
Notary Public
Commonwealth of Virginia
My Commission Expires:  10/31/2015

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

GARY ABBOTT                                                                    311560 - 11

ORIGINAL

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia-Norfolk

MICHAEL DILDAY )
)
_____ )
*Plaintiff* )
)
v. ) Civil Action No. 2:12CV56
)
EQUIFAX INFORMATION SERVICES, LLC, et al. )
)
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LANGLEY FEDERAL CREDIT UNION,

SERVE: Jean W. Yokum, CEO
721 Lakefront Commons, Suite 400
Newport News, VA 23606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Leonard A. Bennett, Robin A. Abbott, Gary L. Abbott, Susan M. Rotkis,
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JAN 3 0 2012 _____

_____
*Signature of Clerk or Deputy Clerk*

2

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____          _____

*Server's signature*

          _____

*Printed name and title*


          _____

*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA - NORFOLK DIVISION**

STATE/COMMONWEALTH OF: VA

311560 - 2

| | |
|---|---|
| MICHAEL DILDAY | } ) CASE NO: |
| In re / v. | } ) **2:12CV56** |
| EQUIFAX INFORMATION SERVICES, LLC, ET AL | } ) |

### JEAN W YOKUM, CEO

#### LANGLEY FEDERAL CREDIT UNION

**721 LAKEFRONT COMMONS STE 400, NEWPORT NEWS, VA 23606**

is the name and address of the person upon whom service of the following is to be made.

**Document(s) Served:** SUMMONS IN A CIVIL ACTION

COMPLAINT

**NOTICE**

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:   **2/2/2012**   @   **1:45 AM**

METHOD OF SERVICE:

*PERSONAL SERVICE*
3

Dated: 2/3/2012          Signature

Name:  DEBORAH J BIGGERS

COMMONWEALTH OF VIRGINIA

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by

**DEBORAH J BIGGERS**

who is personally known to me.

Date:  2/3/2012

My commission expire   10/31/2015

Signature of Notary Public:     CRYSTAL M. C. KLEIBER, REG. #329597

| |
|---|
| CRYSTAL M. C. KLEIBER, REG. #329597 |
| Notary Public |
| Commonwealth of Virginia |
| My Commission Expires:  10/31/2015 |

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

GARY ABBOTT

311560 - 2

ORIGINAL

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia-Norfolk

| | |
|---|---|
| MICHAEL DILDAY | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:12CV56 |
| EQUIFAX INFORMATION SERVICES, LLC, et al. | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CHARTWAY FEDERAL CREDIT UNION,

SERVE: Ronald L. Burniske, CEO
160 Newtown Road
Virginia Beach, VA 23462

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leonard A. Bennett, Robin A. Abbott, Gary L. Abbott, Susan M. Rotkis,
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  **JAN 3 0 2012**

*Signature of Clerk or Deputy Clerk*

3

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

&#9633;  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

&#9633;  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

&#9633;  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

&#9633;  I returned the summons unexecuted because _____ ; or

&#9633;  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA - NORFOLK DIVISION**

STATE/COMMONWEALTH OF:
VA

311560 - 3

| | |
|---|---|
| MICHAEL DILDAY | ) ) ) **CASE NO:** |
| In re / v. | ) ) **2:12CV56** |
| EQUIFAX INFORMATION SERVICES, LLC, ET AL | ) ) |

### RONALD L BURNISKE, CEO

### CHARTWAY FEDERAL CREDIT UNION

**160 NEWTOWN RD, VIRGINIA BEACH, VA 23462**

is the name and address of the person upon whom service of the following is to be made.

Document(s)  **SUMMONS IN A CIVIL ACTION**
Served:    **COMPLAINT**

**NOTICE**

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:     **2/2/2012**  @   **10:38 AM**

METHOD OF SERVICE:

*Being unable to make personal service, a copy was delivered in the following manner:*

**Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport** *Service accepted by:*
**S. MARBURY**

Dated: 2/3/2012                Signature
Name:  JESSICA STAFFORD

COMMONWEALTH OF VIRGINIA

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by
JESSICA STAFFORD
who is personally known to me.
Date:  2/3/2012

My commission expire   10/31/2015       Signature of Notary Public:     CRYSTAL M. C. KLEIBER, REG. #329597

> CRYSTAL M. C. KLEIBER, REG. #329597
> Notary Public
> Commonwealth of Virginia
> My Commission Expires:  10/31/2015

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

GARY ABBOTT

311560 - 3

ORIGINAL

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia-Norfolk

MICHAEL DILDAY )
)
_____ )
_Plaintiff_ )
)
v. ) Civil Action No. 2:12CV56
)
EQUIFAX INFORMATION SERVICES, LLC, et al. )
)
_____ )
_Defendant_ )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ABNB FEDERAL CREDIT UNION,

SERVE: M.C. Ratcliff, CEO
830 Greenbrier Circle
Chesapeake, VA 23320

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:  Leonard A. Bennett, Robin A. Abbott, Gary L. Abbott, Susan M. Rotkis,
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  JAN 3 0 2012
_____
_____
*Signature of Clerk or Deputy Clerk*

4

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA - NORFOLK DIVISION**

STATE/COMMONWEALTH OF: VA

311560 - 4

| | |
|---|---|
| MICHAEL DILDAY | CASE NO: |
| In re / v. | **2:12CV56** |
| EQUIFAX INFORMATION SERVICES, LLC, ET AL | |

### M.C. RATCLIFF, CEO
### ABNB FEDERAL CREDIT UNION
#### 830 GREENBRIER CIRCLE, CHESAPEAKE, VA 23320

is the name and address of the person upon whom service of the following is to be made.

**Document(s) Served:** SUMMONS IN A CIVIL ACTION

COMPLAINT

NOTICE

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service: **2/2/2012** @ **11:55 AM**

METHOD OF SERVICE:

*Being unable to make personal service, a copy was delivered in the following manner:*

**Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport  Service accepted by:**
**CAROL VETTER**

Dated: 2/3/2012

Signature

Name: TOM HOLLOWAY

COMMONWEALTH OF VIRGINIA

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by

TOM HOLLOWAY

who is personally known to me.

Date: 2/3/2012

My commission expire  10/31/2015

Signature of Notary Public:  CRYSTAL M. C. KLEIBER, REG. #329597

> CRYSTAL M. C. KLEIBER, REG. #329597
> Notary Public
> Commonwealth of Virginia
> My Commission Expires:  10/31/2015

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

GARY ABBOTT

311560 - 4

**ORIGINAL**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia-Norfolk

| | |
|---|---|
| MICHAEL DILDAY | ) |
| | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. $2:12CV56$ |
| EQUIFAX INFORMATION SERVICES, LLC, et al. | ) |
| | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ SUNTRUST BANK,

SERVE: Dana S. Bruce, Registered Agent
919 E Main Street, 13th Floor
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Leonard A. Bennett, Robin A. Abbott, Gary L. Abbott, Susan M. Rotkis,
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JAN 30 2012

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

### AFFIDAVIT

COMMONWEALTH OF VIRGINIA
CITY OF RICHMOND, to wit:

Today, Dana S. Bruce appeared before me, a notary public for the Commonwealth of Virginia at large, and deposed and stated as follows:

1. I, Dana S. Bruce, am listed with the Virginia State Corporation Commission as registered agent of SunTrust Bank.

2. I hereby authorize Andrew Buxbaum, Drew Dolson, Natalie Lynch, Lee Stephenson, Mark Shepard or Peggy Walker, from my office to accept on my behalf any service of process directed to SunTrust Bank; and

3. Further this affiant saith not.

_____
Dana S. Bruce

Sworn and subscribed to before me on the _15th_ day of December, 2010, by Dana S. Bruce, Registered Agent.

_____
Notary Public

My commission expires:

```
MARGARET L. WALKER
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES AUG. 31, 2013
COMMISSION # 252460
```

P:\COMMON.LEG\ADMIN\AffidavitDSB2006.doc

3115608  2/28

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA - NORFOLK DIVISION**

STATE/COMMONWEALTH OF:
VA

311560 - 8

MICHAEL DILDAY    }
                 }
In re / v.       }
                 }
EQUIFAX INFORMATION SERVICES, LLC, ET AL    }
                                            }

CASE NO:

## 2:12CV56

### DANA S BRUCE, REG AGENT

### SUNTRUST BANK

#### 919 E MAIN ST 13TH FL, RICHMOND, VA 23219

is the name and address of the person upon whom service of the following is to be made.

| Document(s) Served: | SUMMONS IN A CIVIL ACTION |
| | COMPLAINT |

**NOTICE**

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:    **2/2/2012**   @   **1:21 PM**

METHOD OF SERVICE:

*Being unable to make personal service, a copy was delivered in the following manner:*

**Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport** Service accepted by:
**NATALIE LYNCH, ADMIN ASST**

Dated: 2/3/2012                    Signature

Name:  LARAINE NICOLE JOHNSON

COMMONWEALTH OF VIRGINIA

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by

LARAINE NICOLE JOHNSON

who is personally known to me.

Date:  2/3/2012

My commission expire   10/31/2015          Signature of Notary Public:     CRYSTAL M. C. KLEIBER, REG. #329597

```
CRYSTAL M. C. KLEIBER, REG. #329597
Notary Public
Commonwealth of Virginia
My Commission Expires:  10/31/2015
```

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

GARY ABBOTT

311560 - 8

ORIGINAL

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia-Norfolk

| | |
|---|---|
| MICHAEL DILDAY | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:12 CV56 |
| EQUIFAX INFORMATION SERVICES, LLC, et al. | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EQUIFAX INFORMATION SERVICES, LLC,

                     SERVE: Corporation Service Company, Registered Agent
                     Bank of America Center, 16th Floor
                     1111 East Main Street
                     Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Leonard A. Bennett, Robin A. Abbott, Gary L. Abbott, Susan M. Rotkis,
                               CONSUMER LITIGATION ASSOCIATES, P.C.
                               763 J. Clyde Morris Blvd., Suite 1-A
                               Newport News, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   **JAN** 3 0  2012

                                         *Signature of Clerk or Deputy Clerk*

1

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                                   *Server's signature*

                                        _____
                                                   *Printed name and title*


                                        _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

# CERTIFICATE
## OF
## CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY,** a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1.   It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2.   (a)   It maintains a business office in the Commonwealth of Virginia at Bank of America Center, 16th Floor, 1111 East Main Street, Richmond, VA 23219

(b)   Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

(c)   The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

| | | |
|---|---|---|
| Beverley L. Crump | Rene Nordquist | Meda Sterrett |
| Nicole T. McCallum | Pamela Frazier | Linda B. Liles |
| Amy Tarker | Kari Childress | John Isom |
| Dustin Kline | | |

**WHEREFORE,** Corporation Service Company has caused its corporate name to be hereunto subscribed this _29_ day of April 2011.

CORPORATION SERVICE COMPANY

BY: _____

George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 29th day of April 2011, by George A. Massih III.

Notary Public

My Commission Expires: _1-31-13_

311560-7  2/28

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

is the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA - NORFOLK DIVISION**

STATE/COMMONWEALTH OF:
VA

311560 - 7

| | |
|---|---|
| MICHAEL DILDAY | ) ) |
| | ) |
| In re / v. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, ET AL | ) ) |

CASE NO:

# 2:12CV56

## CORPORATION SERVICE CO., REG AGENT

### EQUIFAX INFORMATION SERVICES, LLC

**1111 E MAIN ST 16TH FL BANK OF AMERICA CENTER, RICHMOND, VA 23219**

is the name and address of the person upon whom service of the following is to be made.

Document(s)    SUMMONS IN A CIVIL ACTION
Served:
     COMPLAINT

     NOTICE

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:   **2/2/2012**  @  **1:17 PM**

METHOD OF SERVICE:

*Being unable to make personal service, a copy was delivered in the following manner:*

*Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport  Service accepted by:*

**RENE NORDQUIST, ADMIN ASST**

Dated:  2/3/2012    Signature

Name:  LARAINE NICOLE JOHNSON

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by
LARAINE NICOLE JOHNSON
who is personally known to me.
Date:  2/3/2012

My commission expire  10/31/2015

Signature of Notary Public

CRYSTAL M. C. KLEIBER, REG. #329597

CRYSTAL M. C. KLEIBER, REG. #329597
Notary Public
Commonwealth of Virginia
My Commission Expires:  10/31/2015

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

GARY ABBOTT

311560 - 7