**The Marston Agency, Inc.**
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

02/02/12

2-9

## RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Michael Dilday | **Court:** | United States District Court |
| **Defendant:** | Equifax Information Services, LLC, et al | **Case:** | 2:12CV56 |
| **Serve:** | Union First Market Bank, f/k/a First Market Bank<br>211 N Main Street<br>R/A: Janis Orfe<br>Bowling Green, VA 22427 | **Return Date:**<br>**Time:** | |
| **Contact:** | Gary L. Abbott<br>763 J Clyde Morris Blvd<br>Suite 1-A<br>Newport News, VA 23601 | **Phone:** | 757.930.3660 |

**Type(s) of Writ(s)**                                                                  paper:1399180

Summons in a Civil Action          Complaint

Witness/Defendant Union First Market Bank, f/k/a First Market Bank was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, __S. Swan__ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.
Served Date: __02-10-12__   Served Time: __1504__

Signature of Process Server

**Notary**
State of: Virginia          County/City of: ~~Henrico, Norfolk,~~ Prince William.
I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this __13__ day of Feb/Mar, 20__12__.
Notary Public:

| Type of Service: A | Auth Attempts: 1 | Order: 260229 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| **Attempts** | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**   Diana Van Arsdale



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia-Norfolk

| MICHAEL DILDAY | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:12CV56 |
| EQUIFAX INFORMATION SERVICES, LLC, et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNION FIRST MARKET BANK, f/k/a FIRST MARKET BANK,

SERVE: Janis Orfe, Registered Agent
c/o Union First Market Bankshares Corp.
211 N. Main Street
Bowling Green, VA 22427

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Leonard A. Bennett, Robin A. Abbott, Gary L. Abbott, Susan M. Rotkis,
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JAN 30 2012

_____
*Signature of Clerk or Deputy Clerk*



August 25, 2010

      Re:   <u>Letter of Authorization for Acceptance of Service of Process</u>

To whom it may concern:

     I, Janis Orfe, serve as the Registered Agent for several entities owned or affiliated with Union First Market Bankshares Corporation and Union First Market Bank. I consent and hereby authorize Diana G. Van Arsdale to accept service of process on my behalf if I am unavailable to accept service, or not in the office. This consent and authorization will remain valid until further notice or revoked by me. Thank you.

Very truly yours,

*Janis Orfe*
Janis Orfe
Executive Vice President and General Counsel

