# CONSUMER LITIGATION ASSOCIATES, P.C.

ATTORNEYS AND COUNSELORS AT LAW
A PROFESSIONAL CORPORATION

**HAMPTON ROADS OFFICE:**
763 J. Clyde Morris Blvd. Suite 1-A
Newport News, Virginia 23601

**NORTHERN VIRGINIA OFFICE:**
1800 Diagonal Road
Alexandria, Virginia 22314

Gary L. Abbott, Esquire
garyabbott9@msn.com
(757) 930-3660 Phone
(757) 930-3662 Facsimile

REPLY TO: HAMPTON ROADS OFFICE

February 16, 2012

Fernando Galindo, Clerk
United States District Court
Eastern District of Virginia
Norfolk Division
U.S. Courthouse
600 Granby Street, Room 183
Norfolk, Virginia 23510-2449

    Re:    Michael Dilday v. Equifax Information Services, LLC, et al.
             Case No.: 2:12cv56

Dear Mr. Galindo:

    Enclosed please find the Return of Service against Union First Market Bank in the referenced matter, inadvertently forwarded to our office by our private process server. Please file with the other papers in the case.

    Thank you for your assistance in this matter. Please call if there are any questions or concerns.

Sincerely yours,

Gary L. Abbott

GLA/bms
Enclosure

RECEIVED
2012 FEB 17 P 2:55
US DISTRICT COURT
NORFOLK, VIRGINIA