IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

MICHAEL DILDAY,

    Plaintiff,

v.                                                          CIVIL ACTION NO. 2:12cv56

EQUIFAX INFORMATION SERVICES, LLC, et al,

    Defendants.

## **MOTION FOR EXTENSION OF TIME**

Langley Federal Credit Union, Newport News Shipbuilding Employees' Credit Union, Inc., t/a BayPort Credit Union, and Chartway Federal Credit Union, by counsel, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 7(F)(2)(b), file this Motion for an extension of time to file responsive pleadings to the Complaint until March 26, 2012. Responsive pleadings are currently due on February 22, 2012. Counsel for the Plaintiff has consented to this extension, and an Agreed Order is attached hereto.

WHEREFORE, Langley Federal Credit Union, Newport News Shipbuilding Employees' Credit Union, Inc., t/a BayPort Credit Union, and Chartway Federal Credit Union, by counsel, hereby request that the Court enter the Agreed Order granting the Motion for an extension of time to file responsive pleadings on or before March 26, 2012.

                                                   Respectfully submitted,

                                                   LANGLEY FEDERAL CREDIT UNION,
                                                   NEWPORT NEWS SHIPBUILDING
                                                   EMPLOYEES' CREDIT UNION, INC., t/a
                                                   BAYPORT CREDIT UNION, and
                                                   CHARTWAY FEDERAL CREDIT UNION

By    /s/
Allen W. Beasley
Virginia Bar No. 24730
Breeden, Salb, Beasley & DuVall, P.L.C.
555 East Main Street, Suite 1210
Norfolk, Virginia 23510-2234
Phone: (757) 622-1111
Fax: (757) 622-4049
abeasley@breedenlaw.net

## CERTIFICATE OF SERVICE

I, the undersigned counsel, hereby certify that on February 22, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties of record on the CM/ECF system.

/s/
Allen W. Beasley
Virginia Bar No. 24730
Breeden, Salb, Beasley & DuVall, P.L.C.
555 East Main Street, Suite 1210
Norfolk, Virginia 23510-2234
Phone: (757) 622-1111
Fax: (757) 622-4049
abeasley@breedenlaw.net
*Counsel for Langley Federal Credit Union, Newport News Shipbuilding Employees' Credit Union, Inc., t/a BayPort Credit Union, and Chartway Federal Credit Union*