UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

MICHAEL DILDAY,

    Plaintiff,

v.                                       Civil Action No.: 2:12cv56

EQUIFAX INFORMATION
  SERVICES, LLC, *et al.*,

    Defendants.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

    Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendant _____ in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

Or

    Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owner or members of non-publicly traded entities such as LLCs or other closely held entities:

Or

    Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for defendant **ABNB FEDERAL CREDIT UNION** in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

February 23, 2012                        _/s/ R. Ellen Coley_____
Date   Signature of Attorney or Litigant
                                        Counsel for Defendant ABNB Federal Credit Union

Note: Under LR. 7.1(A)(1), this form is to be filed <u>in duplicate</u> with the Clerk of Court.
Rev. 7/14/04

ABNB FEDERAL CREDIT UNION

By: ___/s/ R. Ellen Coley_____
Hunter W. Sims, Jr. (VSB No. 09218)
Email: hwsims@kaufcan.com
J. Bradley Reaves (VSB No. 71389)
Email: jbreaves@kaufcan.com
R. Ellen Coley (VSB No. 75970)
Email: recoley@kaufcan.com
Kaufman & Canoles, P. C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3000
(757) 624-3169 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February 2012, a true copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Gary L. Abbott, Esq.
>Email: garyabbott9@msn.com
>Consumer Litigation Associates
>763 J Clyde Morris Boulevard
>Suite 1A
>Newport News, VA 23601
>(757) 930-3660
>(757) 930-3662 Facsimile
>*Counsel for Plaintiff Michael Dilday*

>By: /s/ R. Ellen Coley
>Hunter W. Sims, Jr. (VSB No. 09218)
>Email: hwsims@kaufcan.com
>J. Bradley Reaves (VSB No. 71389)
>Email: jbreaves@kaufcan.com
>R. Ellen Coley (VSB No. 75970)
>Email: recoley@kaufcan.com
>Kaufman & Canoles, P. C.
>150 West Main Street, Suite 2100
>Norfolk, VA 23510
>(757) 624-3000
>(757) 624-3169 Facsimile

11562756_1.DOC