IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
MAR 2 2012
CLERK, U.S. DISTRICT COURT

MICHAEL DILDAY, )
 )
   Plaintiff, )
 )
v. ) Civil Action No. 2:12-cv-56 (AWA/TEM)
 )
EQUIFAX INFORMATION )
SERVICES, LLC, et al. )
 )
   Defendants. )

### AGREED ORDER

Upon the Motion of BB&T Corporation ("BB&T"), by counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1) and Rule 7(J) of the Local Rules of this Court, there being no objection from Plaintiff, and it otherwise appearing right and proper so to do, the Court hereby GRANTS BB&T's Motion for Enlargement of Time and ORDERS that BB&T shall have by and through March 23, 2012 to file its response to the Complaint.

Entered this 2nd day of March, 2012.

/s/
Tommy E. Miller
United States Magistrate Judge

~~United States District Court Judge~~

WE ASK FOR THIS:

/s/ Alan D. Wingfield
Alan D. Wingfield (VSB # 27489)
TROUTMAN SANDERS LLP
1001 Haxall Point (23219)
P. O. Box 1122
Richmond, VA 23218-1122
Telephone: (804) 697-1350
Facsimile: (804) 698-5172
alan.wingfield@troutmansanders.com

*Counsel for BB&T Corporation*

SEEN AND AGREED:

/s/ Leonard A. Bennett via e-mail 2/27/12
Leonard A. Bennett, Esq.
Gary L. Abbott, Esq.
Robin A. Abbott, Esq.
Susan M. Rotkis, Esq.
Consumer Litigation Associates
763 J Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
lenbennett@cox.net
garyabbott9@msn.com
rabbottlaw@msn.com
srotkis@clalegal.com

*Counsel for Plaintiff*

2136041v1