# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

MICHAEL DILDAY,

    Plaintiff,

v.                                                        Civil Action No.: 2:12cv56

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,

    Defendants.

**FILED MAR 6 2012**

## AGREED ORDER

Defendants, Wells Fargo Bank, National Association, ABNB Federal Credit Union, and PortAlliance Federal Credit Union, by counsel, moved this Court for an extension of time to and including March 19, 2012, to file responsive pleadings to the Complaint filed in this matter.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for the Plaintiff, it is

ORDERED, ADJUDGED, and DECREED that Motion for an Extension of Time to File Responsive Pleadings filed by Defendants, Wells Fargo Bank, National Association, ABNB Federal Credit Union, and PortAlliance Federal Credit Union, is GRANTED, and it is further

ORDERED, ADJUDGED, and DECREED that Defendants, Wells Fargo Bank, National Association, ABNB Federal Credit Union, and PortAlliance Federal Credit Union, are GRANTED, an extension of time to file responsive pleadings to and including March 19, 2012.

ENTERED: March 6, 2012

_____
U.S. ~~District Court~~ Judge
Magistrate

By: *R. Ellen Coley* (signature)
Hunter W. Sims, Jr. (VSB No. 09218)
Email: hwsims@kaufcan.com
J. Bradley Reaves (VSB No. 71389)
Email: jbreaves@kaufcan.com
R. Ellen Coley (VSB No. 75970)
Email: recoley@kaufcan.com
Kaufman & Canoles, P. C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3000
(757) 624-3169 Facsimile
*Counsel for Defendants Wells Fargo Bank, National Association, ABNA Federal Credit Union and PortAlliance Federal Credit Union*

**SEEN AND AGREED:**

By: *Gary L. Abbott* (signature)
Gary L. Abbott, Esq.
Email: garyabbott9@msn.com
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
(757) 930-3660
(757) 930-3662 Facsimile
*Counsel for Plaintiff Michael Dilday*

11556203_2.DOC

Michael Dilday v.
Equifax Information Services, LLC, *et al.*
Civil Action No. 2:12cv56

**SEEN AND AGREED:**


By: *[signature]*
John Willard Montgomery, Jr., Esq.
Email: jmontgomery@jwm-law.com
Montgomery & Simpson, LLLP
2116 Dabney Rd
Suite A-1
Richmond, VA 23230
(804) 355-8744
*Counsel for Defendant*
*Equifax Information Services*

*Agreed Extension Order*

Michael Dilday v.
Equifax Information Services, LLC, *et al.*
Civil Action No. 2:12cv56

**SEEN AND AGREED:**

By: _____
Allen Williamson Beasley , Esq.
Email: abeasley@breedenlaw.net
Breeden Salb Beasley & DuVall
1210 First Virginia Tower
555 Main Street
Norfolk, VA 23510-2234
(757) 622-1111
*Counsel for Defendants*
*Langley Federal Credit Union,*
*Newport News Shipbuilding Employees'*
*Credit Union, Inc. t/a Bayport Credit Union*
*and Chartway Federal Credit Union*

Michael Dilday v.
Equifax Information Services, LLC, *et al.*
Civil Action No. 2:12cv56

**SEEN AND AGREED:**

By: /s/ Justin Michael Sizemore
Justin Michael Sizemore, Esq.
Email: jsizemore@reedsmith.com
Reed Smith LLP
901 E Byrd St
Suite 1700
Richmond, VA 23219-4069
(804) 344-3493
*Counsel for Defendant*
*Bank of America, National Association*

Michael Dilday v.
Equifax Information Services, LLC, *et al.*
Civil Action No. 2:12cv56

**SEEN AND AGREED:**

By: _____
Christopher Eugene Brown, Esq.
Email: ccbrown@milesstockbridge.com
Miles & Stockbridge PC
1751 Pinnacle Dr
Suite 500
McLean, VA 22102-3833
(703) 903-9000
*Counsel for Defendant*
*Citifinancial Auto Corporation*

Michael Dilday v.
Equifax Information Services, LLC, *et al.*
Civil Action No. 2:12cv56

**SEEN AND AGREED:**

By: /s/ Robert Ryland Musick
Robert Ryland Musick, Esq.
Email: bmusick@t-mlaw.com
Thompson McMullan PC
100 Shockoe Slip, 3rd Fl
Richmond, VA 23219-4140
(804) 649-7545
*Counsel for Defendant
SunTrust Bank*

11556203_2.DOC

7