**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

MICHAEL DILDAY,

     Plaintiff,

v.                                      Case No. 2:12cv56

SUNTRUST BANK et al.

     Defendants.


**AMENDED MOTION FOR EXTENSION OF TIME**

COMES NOW the Defendant SunTrust Bank, by counsel, pursuant to Rule 6(b)(1) of the

Federal Rules of Civil Procedure and Local Rule 7(F)(2)(b), and files this motion for an

extension of time to file responsive pleadings to the Complaint until March 26, 2012.

Responsive pleadings are currently due on March 8, 2012 pursuant to the previously submitted

and agreed to motion for extension. Counsel for the Plaintiff has consented to this extension and

an Agreed Order is being circulated for endorsement.

WHEREFORE, SunTrust Bank, by counsel, hereby requests that the Court enter the

Agreed Order granting the motion for an extension of time to file responsive pleadings until

March 26, 2012.

                                      Respectfully submitted,
                                      SUNTRUST BANK

    /s/ Robert R. Musick
Robert R. Musick, VSB No. 48601
*Thompson*McMullan, P.C.
100 Shockoe Slip
Third Floor
Richmond, Virginia 23219
804.649.7545
804.780.1813 Fax
bmusick@t-mlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 7th day of March 2012, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to

all parties of record on the CM/ECF system.


_____/s/ Robert R. Musick_____
Robert R. Musick, VSB No. 48601
*Thompson*McMullan, P.C.
100 Shockoe Slip
Third Floor
Richmond, Virginia 23219
804.649.7545
804.780.1813 Fax
bmusick@t-mlaw.com
*Counsel for SunTrust Bank*