**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

MICHAEL DILDAY,

    Plaintiff,

v.                                  Case No. 2:12cv56

SUNTRUST BANK et al.

    Defendants.

## AGREED ORDER FOR EXTENSION OF TIME

Defendant SunTrust Bank, by counsel, moved this Court for an extension of time to file responsive pleadings pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 7(F)(2)(b).

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for the Plaintiff, it is

ORDERED, ADJUDGED and DECREED that SunTrust Bank's Motion for an Extension of Time to file responsive pleadings is GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that SunTrust Bank is GRANTED an extension of time to file responsive pleadings until March 26, 2012.

Entered this _____ day of March, 2012

                                                      _____
                                                         United States District Judge

I ASK FOR THIS:

_____
Robert R. Musick, VSB No. 48601
*Thompson*McMullan, P.C.
100 Shockoe Slip
Third Floor
Richmond, Virginia 23219
804.649.7545
804.780.1813 Fax
bmusick@t-mlaw.com
*Counsel for SunTrust Bank*

SEEN AND AGREED:

_____
Gary L. Abbott, VSB No. 68829
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
757.930.3660
757.930.3662 Fax
*Counsel for Plaintiff*

SEEN AND AGREED:

_____
Hunter W. Sims, Jr., Esq.
J. Bradley Reaves, Esq.
Rose Ellen Coley, Esq.
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
T (757) 624.3205
F (757) 624.3169
jbreaves@kaufcan.com
*Counsel for Wells Fargo Bank, NA, ABNB Federal Credit Union and PortAlliance Federal Credit Union*

SEEN AND AGREED:

_____
Allen W. Beasley, Esq.
Breeden, Salb, Beasley & DuVall
555 East Main Street, Suite 1210
Norfolk, Virginia   23510-2234
Phone:  757-622-1111
Fax:  757-622-4049
*Chartway Federal Credit Union, Newport News Shipbuilding Employees' Credit Union & Langley Federal Credit Union*

SEEN AND AGREED:

_____
Justin M. Sizemore, Esq.
Travis A. Sabalewski, Esq.
Reed Smith LLP
901 East Byrd St., Suite 1700
Richmond, VA  23219
jsizemore@reedsmith.com
tsabalewski@reedsmith.com
804-344-3400
804-344-3410  fax
*Counsel for Bank of America, NA*

SEEN AND AGREED:

_____
Alan D. Wingfield, Esq.
Troutman Sanders LLP
PO Box 1122
Richmond, VA  23218-1122
Alan.wingfield@troutmansanders.com
804-697-1350
804-698-5172  fax
*Counsel for BB&T Corporation*

SEEN AND AGREED:

_____
Christopher E. Brown, Esq.
Miles & Stockbridge, PC
1751 Pinnacle Dr., Suite 500
McLean, VA  22102
cebrown@milesstockbridge.com
703-610-8692
703-610-8686  fax
*Counsel for Citifinancial Auto Corporation*

SEEN AND AGREED:

_____
John Willard Montgomery, Jr., Esq.
Montgomery & Simpson, LLLP
2116 Dabney Rd., Suite A-1
Richmond, VA  23230
jmontgomery@jwm-law.com
804-355-8744
*Counsel for Equifax Information Services, LLC*