UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

MICHAEL DILDAY,

    Plaintiff,

v.                                             Civil Action No.: 2:12cv56

EQUIFAX INFORMATION
  SERVICES, LLC, *et al.*,

    Defendants.

## NOTICE OF APPEARANCE

Defendant, Kline Chevrolet Sales Corporation t/a Priority Chevrolet ("Priority Chevrolet"), by counsel, files this Notice of Appearance notifying the Court that the following attorney will serve as counsel in this matter on behalf of defendant, Priority Chevrolet:

    Hunter W. Sims, Jr. (VSB No. 9218)
    Email: hwsims@kaufcan.com
    Kaufman & Canoles, P. C.
    150 West Main Street, Suite 2100
    Norfolk, VA 23510
    (757) 624-3000
    (757) 624-3169 Facsimile

    **KLINE CHEVROLET SALES CORPORATION
    T/A PRIORITY CHEVROLET**

    By:   /s/ Hunter W. Sims, Jr.
    Hunter W. Sims, Jr. (VSB No. 9218)
    Email: hwsims@kaufcan.com
    J. Bradley Reaves (VSB No. 71389)
    Email: jbreaves@kaufcan.com
    R. Ellen Coley (VSB No. 75970)
    Email: recoley@kaufcan.com
    Kaufman & Canoles, P. C.
    150 West Main Street, Suite 2100
    Norfolk, VA 23510
    (757) 624-3000
    (757) 624-3169 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Gary L. Abbott, Esq.
>Email: garyabbott9@msn.com
>Consumer Litigation Associates
>763 J Clyde Morris Boulevard, Suite 1A
>Newport News, VA 23601
>(757) 930-3660
>*Counsel for Plaintiff Michael Dilday*
>
>John Willard Montgomery, Jr., Esq.
>Email: jmontgomery@jwm-law.com
>Montgomery & Simpson, LLP
>2116 Dabney Road, Suite A-1
>Richmond, VA 23230
>(804) 355-8744
>*Counsel for Defendant*
>*Equifax Information Services*
>
>Christopher Eugene Brown, Esq.
>Email: cebrown@milesstockbridge.com
>Miles & Stockbridge PC
>1751 Pinnacle Drive, Suite 500
>McLean, VA 22102-3833
>(703) 903-9000
>*Counsel for Defendant*
>*Citifinancial Auto Corporation*

>By: \_\_\_/s/ Hunter W. Sims, Jr._____
>Hunter W. Sims, Jr. (VSB No. 9218)
>Email: hwsims@kaufcan.com
>J. Bradley Reaves (VSB No. 71389)
>Email: jbreaves@kaufcan.com
>R. Ellen Coley (VSB No. 75970)
>Email: recoley@kaufcan.com
>Kaufman & Canoles, P. C.
>150 West Main Street, Suite 2100
>Norfolk, VA 23510
>(757) 624-3000
>(757) 624-3169 Facsimile
>*Counsel for Defendant Kline Chevrolet Sales*
>*Corporation t/a Priority Chevrolet*

11608007_1.DOC