UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**MICHAEL DILDAY,**

    Plaintiff,

v.                                         CIVIL ACTION NO. 2:12cv56

**EQUIFAX INFORMATION SERVICES, LLC,** et al.,

    Defendants.

## NOTICE OF DISMISSAL

NOW COMES the Plaintiff, Michael Dilday, by counsel, and, pursuant to Fed. R. Civ. P. Rule No. 41, dismisses his action against Defendant **KLINE CHEVROLET SALES CORPORATION,** t/a PRIORITY CHEVROLET. The said Defendant, Kline Chevrolet Sales Corporation, t/a Priority Chevrolet, has not filed an answer or a motion for summary judgment. This dismissal is with prejudice.

                                                           MICHAEL DILDAY

                                                       _____/s/_____
                                                       Gary L. Abbott, Esq.
                                                       Virginia State Bar #68829
                                                       Attorney for Michael Dilday
                                                       Consumer Litigation Associates, P.C.
                                                       763 J. Clyde Morris Boulevard, Suite 1-A
                                                       Newport News, Virginia 23601
                                                       Telephone:   (757) 930-3660
                                                       Facsimile:   (757) 930-3662
                                                       garyabbott9@msn.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 6th day of April, 2012, I will electronically file the foregoing with the Clerk of the court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

John Willard Montgomery, Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd, Suite A-1
Richmond, VA 23230
(804) 355-8744
jmontgomery@jwm-law.com

J. Bradley Reaves
Hunter W. Sims, Jr.
Kaufman & Canoles PC
150 W. Main St, Suite 2100
P.O. Box 3037
Norfolk, VA 23514
(757) 624-3000
jbreaves@kaufcan.com
hwsims@kaufcan.com

                                               _____/s/ _____
                                               Gary L. Abbott, Esq.
                                               Virginia State Bar #68829
                                               Attorney for Michael Dilday
                                               Consumer Litigation Associates, P.C.
                                               763 J. Clyde Morris Boulevard, Suite 1-A
                                               Newport News, Virginia 23601
                                               Telephone:   (757) 930-3660
                                               Facsimile:   (757) 930-3662
                                               garyabbott9@msn.com