UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

MICHAEL DILDAY,

    Plaintiff,

v.                                                   CIVIL ACTION NO. 2:12cv56

EQUIFAX INFORMATION SERVICES, LLC, et al.,

    Defendants.

## AGREED STIPULATION OF DISMISSAL

COMES NOW the Plaintiff MICHAEL DILDAY, by counsel, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by agreement, stipulates to the dismissal with prejudice of Defendant CITIFINANCIAL AUTO CORPORATION, each party to bear its own costs.

Respectfully submitted this _____ day of _____ 2012.

*/s/ Gary L. Abbott*

Gary L. Abbott, Esq.
Virginia State Bar #68829
Attorney for Michael Dilday
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
garyabbott9@msn.com

/s/
J. Bradley Reaves
Kaufman & Canoles PC (Norfolk)
150 W Main St, Suite 2100
PO Box 3037
Norfolk, VA 23514
(757) 624-3000
(757) 624-3169 (fax)
jbreaves@kaufcan.com


_____
Allen Williamson Beasley
Breeden Salb Beasley & DuVall
1210 First Virginia Tower
555 Main Street
Norfolk, VA 23510-2234
(757) 622-1111
abeasley@breedenlaw.net


_____
Alan Durrum Wingfield
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
(804) 697-1200
alan.wingfield@troutmansanders.com


/s/
John Willard Montgomery, Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd, Suite A-1
Richmond, VA 23230
(804) 355-8744
jmontgomery@jwm-law.com

---
Justin Michael Sizemore
Reed Smith LLP
901 E Byrd St, Suite 1700
Richmond, VA 23219-4069
(804) 344-3493
(804) 344-3410 (fax)
jsizemore@reedsmith.com

*/s/ Christopher Eugene Brown*

---
Christopher Eugene Brown
Miles & Stockbridge PC (McLean)
1751 Pinnacle Dr, Suite 500
McLean, VA 22102-3833
703-903-9000
703-610-8686 (fax)
cebrown@milesstockbridge.com

---
Robert Ryland Musick
Thompson McMullan PC
100 Shockoe Slip
3rd Fl
Richmond, VA 23219-4140
804-649-7545
804-780-1813 (fax)
bmusick@t-mlaw.com